FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00244-CV

### Trial Court No. 28-2014

## In the Matter of the Estate of Thelma Pauline Taylor Erwin, Deceased

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Madeleine A. Beason |
| Motion fee | $15.00 | Madeleine A. Beason |
| Motion fee | $10.00 | Madeleine A. Beason |
| Clerk's record | $90.00 | Unknown |
| Indigent | $25.00 | Madeleine A. Beason |
| Required Texas.gov efiling fee | $20.00 | Madeleine A. Beason |
| Filing | $100.00 | Madeleine A. Beason |
| Supreme Court chapter 51 fee | $50.00 | Madeleine A. Beason |
| **TOTAL:** | $320.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 18th day of September 2015, A.D.

PAM ESTES, CLERK



By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk